UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  10-cv-23202-WMH

**FLAVA WORKS, INC.,**

       **Plaintiff,**

v.

**COREY WRIGHT, PITBULL
PRODUCTIONS, INC., PAUL TARQUINO,
BLACK RAYNE PRODUCTIONS, LLC.,
and ACE ENTERTAINMENT GROUP
MANAGEMENT COMPANY, LLC.,**

       **Defendants.**
_____/

## SUPPLEMENTAL NOTICE OF REMOVAL ON BEHALF OF DEFENDANTS

      Defendants, PITBULL PRODUCTIONS, INC., COREY WRIGHT, PAUL TARQUINO, BLACK RAYNE PRODUCTIONS, LLC., ACE ENTERTAINMENT GROUP MANAGEMENT COMPANY, LLC. (collectively referred to as "Defendants"), hereby file this Supplemental Notice of Removal[1] of this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in which it was pending, to the United States District, Southern District of Florida, and states as follows:

      1.    This action was commenced and was pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  The Complaint was filed on June 14, 2010.  A copy of the Complaint in the state court file is attached hereto as Exhibit "A."

      2.    Although Returns of Service were filed on July 27, 2010, July 30, 2010, and August 24, 2010, Defendants were in fact never served with copies of the Summons and Complaint.  As a result, a Motion to Quash Service and/or Motion to Dismiss Complaint (the

MI1:\118126\01\2J5@01!.DOC\66024.0037

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, FL 33004 • Telephone: 954-929-1899 • Facsimile: 954-922-6662

"Motion") was filed by the Defendants on August 27, 2010. A copy of the Motion in the state court file is attached hereto as Exhibit "B." Accordingly, this Notice is timely filed.

3. This is a civil action of which this Court has original jurisdiction because it is based on complete diversity, which this Court has original jurisdiction under 28 U.S.C § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C § 1441.

4. At the time of filing this action, Defendant PITBULL PRODUCTIONS, INC. is a Delaware corporation, Defendant COREY WRIGHT resides in Georgia, Defendant PAUL TARQUINO resides in North Carolina, Defendant BLACK RAYNE PRODUCTIONS, LLC. is a Georgia Corporation, Defendant ACE ENTERTAINMENT GROUP MANAGEMENT COMPANY, LLC is a Georgia Corporation, and upon information and belief, Plaintiff FLAVA WORKS, INC. is a Florida Corporation.

5. The amount in controversy exceeds $75,000.00 at the time of removal based upon the damages sought by Plaintiff in the Complaint.

    a. In its Complaint, Plaintiff asserts an "Unfair Competition" cause of action against Defendants alleging that Defendants have "caused consumer confusion as to a relationship or association between Flava Works and the Defendants." Moreover, Plaintiff is seeking, amongst other monetary damages, "compensation and benefits which may have been obtained by Defendants as a result of such actions" and "removal of Plaintiff's trade dress from DVD and DVD labels."

    b. On the face of its Complaint, Plaintiff asserts a claim for unfair competition, but it does not identify whether it is relying on federal law, state law, or

---

[1] This action was initially removed to this Court on September 3, 2010.

MI1:\118126\01\2J5@01!.DOC\66024.0037

2

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: 954-929-1899 • Facsimile: 954-922-6662

both. Under both bodies of law, Plaintiff is entitled to damages far exceeding $75,000.00. Moreover, statutorily, both federal and state law provide for treble damages and attorneys' fees. 15 U.S.C. § 1117(c) and Florida Statute § 495.141.

c. Controlling law in Florida for the above referenced Unfair Competition cause of action pertains to Florida Statute § 495, Unfair Competition - Trade Name, Service Mark and Trade Mark Infringement. As a remedy to the Plaintiff, Fla. Stat. §495.141 allows for damages in the form of Defendants' profits plus treble damages, *for each defendant.* As such, if taking Plaintiff's allegations as true, the amount in controversy far exceeds $75,000.00.

d. Moreover, Plaintiff's allegations in its Unfair Competition claim amount to a trademark infringement action. *Chevron Chemical Co. v. Voluntary Purchasing Groups, Inc.*, 659 F.2d 695, 703 (5th Cir. 1981) citing *Sun-Fun Products, Inc. v. Suntan Research & Development Inc.*, 656 F.2d 189, 192 (2d Cir. 1981) (factors relevant to unfair competition claim are essentially the same as those for trademark infringement); *see also Tally-Ho, Inc. v. Coast Community College District,* 889 F.2d 1018 (11th Cir.1990) (an unfair competition claim based only upon alleged trademark infringement is practically identical to an infringement claim)*; see also Freedom Sav. & Loan Ass'n v. Way,* 757 F.2d 1176, 1186 (11th Cir.1985) (like trademark infringement, unfair competition also "calls on the plaintiff to show confusing similarity between the services").

e. In trademark infringement cases, statutory damages are appropriate when an infringer's nondisclosure of pertinent facts leaves damages uncertain. *Chanel, Inc., v. April French,* 2006 U.S. Dist. LEXIS 93297 (S.D. Fla. December 27, 2006) *citing Sara*

MI1:\118126\01\2J5@01!.DOC\66024.0037

3

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: 954-929-1899 • Facsimile: 954-922-6662

*Lee Corp v. Bags of New York, Inc.,* 36 F. Supp. 2d 161, 165 (S.D.N.Y. 1999). The 11th circuit has upheld an award for statutory damages for willful use of infringing and/or use of counterfeit mark that far exceed $75,000.00. *Burger King Corp. v. Pilgrim's Pride Corp.*, 15 F.3d 166, 168 (11th Cir. 1994)(quoting H.R. Rep. No. 93-524, 93rd Cong. 1st Sess. (1974); *see also Petmed Express, Inc., vs. Medpets.com, Inc.,* 336 F. Supp. 2d 1213 (S.D.FL. 2004).  If Plaintiff's allegations are taken as true that Defendants willfully infringed and traded off Plaintiff's marks, names, and/or identifying indication then Plaintiff could be entitled to $1,000,000 per violation *for each Defendant*, which far exceeds $75,000.00. Statutory damages under Unfair Competition violation for each infringement in the courts' discretion typically range form $1,000,000 to $2,000,000, and $100,000.00 if not willful. *See Perry Ellis v. URI Corp***.** 2007 U.S. Dist. LEXIS 77676 (awarding in statutory damages pursuant to 15 U.S.C. § 1117(c)*. Also see, e.g.*, *Gucci America, Inc., v Duty Free Apparel, Ltd.*, 315 F.Supp.2d 511, n.8 (S.D.N.Y. 2004) (awarding $2,000,000 for two infringed marks under the Lanham Act and New York General Business Law § 349, but noting that "the maximum statutory damages was arguably higher than $2 million"); and *Phillip Morris,* 219 F.R.D. at 502 (E.D. Va. 1998) *(*awarding the maximum amount for two infringing trademarks for a total of $ 2,000,000). And other courts have regularly awarded $1,000,000 per infringed mark. *See Perry Ellis v. URI Corp***.** 2007 U.S. Dist. LEXIS 77676 (awarding in statutory damages pursuant to 15 U.S.C. § 1117(c)*. Also see, e.g.*, *Gucci America, Inc., v Duty Free Apparel, Ltd.*, 315 F.Supp.2d 511, n.8 (S.D.N.Y. 2004) (awarding $2,000,000 for two infringed marks under the Lanham Act and New York General Business Law § 349, but noting that "the maximum statutory damages was arguably higher than $2 million");

MI1:\118126\01\2J5@01!.DOC\66024.0037

4

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: 954-929-1899 • Facsimile: 954-922-6662

CASE NO.: 10-cv-23202-WMH

and *Phillip Morris,* 219 F.R.D. at 502 (E.D. Va. 1998) *(*awarding the maximum amount for two infringing trademarks for a total of $ 2,000,000).

    f.    Moreover, Florida Statute § 495, for claims of Unfair Competition, Trade Name, Service Mark and Trade Mark Infringement sets forth an entitlement for attorneys' fees, *for each Defendant*, which may be included in the calculation for the amount in controversy. *Rae v. Perry* 2010 WL 3213929, (11th Cir. Aug. 16, 2010) *Mo. State Life Ins. v. Jones*, 290 U.S. 199, 202 (1933); *Foret v. S. Farm Bureau Life Ins. Co.*, 918 F.2d 534, 537 (5th Cir. 1990).

6.    Defendants have previously filed a Notice of Filing Notice of Removal with the Clerk of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Defendants will serve a Notice of Filing Supplemental Notice of Removal, indicating that this Supplemental Notice of Removal has been filed upon Plaintiff's attorneys, Jonathan J. Warrick and Mirta Desir.

**WHEREFORE**, and based upon the above and foregoing, Defendants respectfully request that this Court take jurisdiction of this action and that the removal of this action to this Court be hereby affected.

Dated: October 4, 2010                    Respectfully submitted,

                                          **ASSOULINE & BERLOWE, P.A.**
                                          213 East Sheridan Street, Suite 3
                                          Dania Beach, FL 33004
                                          Telephone: (954) 929-1899
                                          Facsimile: (954) 922-6662

                         By:    */s/ Lorri Lomnitzer*
                                          Eric N. Assouline, Esq. (FBN 106143)
                                          ena@assoulineberlowe.com
                                          Lorri Lomnitzer, Esq. (FBN 0037632)
                                          LL@assoulineberlowe.com

                                          *Attorneys for Defendants*

MI1:\118126\01\2J5@01!.DOC\66024.0037

5

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: 954-929-1899 • Facsimile: 954-922-6662

**CASE NO.:** 10-cv-23202-WMH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing is being served via CM/ECF this day October 4, 2010 on all counsel or parties of record on the Service List:

## SERVICE LIST

*Flava Works, Inc. v. Corey Wright, Pitbull Productions, Inc., et. al.*
**Case No.:** 10-cv-23202-WMH
**United States District Court, Southern District of Florida**

Mirta Desir, Esq.                         mdesir@gmail.com
Jonathan J. Warrick, Esq.                 jon@warricklaw.com
1045 NE 82nd Terrace
Miami, FL  33138-4135


By:_____*/s/ Lorri Lomnitzer*_____

Lorri Lomnitzer

MI1:\118126\01\2J5@01!.DOC\66024.0037

6

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: 954-929-1899 • Facsimile: 954-922-6662