UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FLAVA WORKS, INC.,          CASE NO.: 1:10-cv-23202-WMH

        Plaintiff,

v.

COREY WRIGHT, PITBULL
PRODUCTIONS, INC., PAUL TARQUINO,
BLACK RAYNE PRODUCTIONS, LLC.,
And ACE ENTERTAINMENT GROUP
MANAGEMENT COMPANY, LLC.,

        Defendants.
_____/

## NOTICE OF STRIKING VOLUNTARY DISMISSAL WITHOUT PREJUDICE [D.E. 16]

Plaintiff, **FLAVA WORKS, INC.,** by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby files this Notice of Striking Voluntary Dismissal without prejudice [D.E. 16] as to all Defendants in this action as this was filed in error and should have been filed with prejudice, which was filed thereafter and should remain in effect [D.E. 18].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was filed using with the Court using CM/ECF and served to all persons listed on the attached service list by US mail, first class, pre-postage paid on this 14th Day of February, 2011.

        Respectfully submitted,

        By: s/Jonathan J. Warrick
        Jonathan J. Warrick, Esq.
        FBN: 37248
        Flava Works, Inc.
        2610 North Miami Avenue
        Miami, Florida 33127
        Telephone:    (305) 206-0022
        Facsimile:    (305) 751-9652
        Email: jon@warricklaw.com

## SERVICE LIST

**Eric Nissim Assouline**
Assouline & Berlowe
213 E Sheridan Street
Suite 3
Dania Beach, FL 33004
954-929-1899
Fax: 922-6662
Email: ena@assoulineberlowe.com

**Lorri Lomnitzer**
Assouline & Berlowe
213 E Sheridan Street
Suite 3
Dania Beach, FL 33004
954-929-1899
Fax: 954-922-6662
Email: LL@assoulineberlowe.com